# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAVON MICHAEL MIGUEL,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66752

**FILED**

NOV 14 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion to dismiss counsel. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to dismiss counsel, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

---

[1]We deny as moot appellant's request for a stay.

14-37620

cc: Hon. Carolyn Ellsworth, District Judge
Javon Michael Miguel
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk